```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

**JOHN F. MAIER,**

      **Plaintiff,**

   vs.                                                         Civil Action 2:14-cv-1440
                                                                            Judge Graham
                                                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

     This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income. On March 20, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the matter be remanded to the Commissioner for further proceedings. *Report and Recommendation*, ECF 18. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

     The *Report and Recommendation*, ECF 18, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and the matter is **REMANDED** to the Commissioner for further proceedings.

     The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to 42 U.S.C. § 405(g).

Date: April 10, 2015                                 _____s/James L. Graham_____
                                                                  James L. Graham
                                                                  United States District Judge